PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARITO CUYUCH SANCHEZ,<br><br>    Defendant. | CASE NO. 2:23-CR-115-DAD<br><br>STIPULATION TO SET ARRAIGNMENT, WAIVER OF INDICTMENT, AND PLEA HEARING; ORDER<br><br>DATE: July 25, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows: The parties respectfully request to set this matter for an Arraignment on the Information, Waiver of Indictment, and Plea Hearing, on this Court's criminal calendar on July 25, 2023, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: June 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

1

Dated:  June 13, 2023          /s/ Kyle Knapp
                                Kyle Knapp
                                Counsel for Defendant
                                MARGARITO CUYUCH SANCHEZ

**ORDER**

IT IS HEREBY ORDERED that this case is set for an Arraignment on the Information, Waiver of Indictment, and Plea Hearing, on July 25, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **June 15, 2023**          _____
                                UNITED STATES DISTRICT JUDGE

2