PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARITO CUYUCH SANCHEZ,<br><br>Defendant. | CASE NO. 2:23-CR-00115-DAD<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: October 31, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Margarito Cuyuch Sanchez, by and through his attorney of record, Kyle Knapp, hereby move to continue the judgment and sentencing hearing currently scheduled for October 31, 2023, at 9:30 a.m., to February 27, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for October 31, 2023.
2. Additional time is needed for the investigation related to sentencing. The parties have consulted with Probation Officer Janice Slusarenko and she agrees with this request.
3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to February 27, 2024, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Draft Presentence Report ("PSR") due no later than January 16, 2024; Informal written objections to the Draft PSR due no later than January 30, 2024; Final PSR due no later than February 6, 2024; Formal Objections due no later than February 13, 2024; Reply or Statement of Non-Opposition due no later than February 20, 2024.

IT IS SO STIPULATED.

Dated:  October 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  October 23, 2023

/s/ Kyle Knapp
Kyle Knapp
Counsel for Defendant
MARGARITO CUYUCH SANCHEZ

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the date for Judgment and Sentencing is hereby continued from October 31, 2023, to February 27, 2024, at 9:30 a.m.  The Court adopts the following disclosure schedule:  Draft Presentence Report ("PSR") due no later than January 16, 2024; Informal written objections to the Draft PSR due no later than January 30, 2024; Final PSR due no later than February 6, 2024; Formal Objections due no later than February 13, 2024; Reply or Statement of Non-Opposition due no later than February 20, 2024.

IT IS SO ORDERED.

Dated:  **October 23, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE