**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Margarito Cuyach Sanchez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO.  2:23-CR-00115-DAD |
|                             ) |  |
| Plaintiff,                  ) |  |
|                             ) |  |
|                             ) | **STIPULATION AND ORDER TO** VACATE |
| v.                          ) | JUDGMENT AND SENTENCING DATE & SET |
|                             ) | THE MATTER FOR STATUS |
|                             ) |  |
| MARGARITO CUYACH SANCHEZ,   ) | DATE: February 27, 2024 |
|                             ) | Time: 9:30 am |
| Defendant.                  ) | COURT: Hon. Dale A. Drozd |
|                             ) |  |
| _____ ) |  |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, MARGARITO SANCHEZ, that the previously scheduled sentencing date of February 27, 2024, be vacated and the matter set for <u>status only</u> of Judgment and Sentencing on April 23, 2023, at 9:30 a.m.

   The parties request the continuance for the purpose of conducting further investigation bearing on a final sentencing recommendation.

   The parties also agree to suspend presentence report deadlines until a sentencing hearing is set.

   //

   //

   //

Dated: January 25, 2024                    Respectfully submitted,

                                             /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Margarito Cuyach Sanchez

Dated: January 25, 2024                    Respectfully submitted,

                                             /s/ David Spencer
David Spencer
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties, the sentencing hearing previously scheduled for February 27, 2024, is vacated and this case is set for a status hearing re sentencing on April 23, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **January 26, 2024**        /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE