1  **KYLE R. KNAPP**
   **Attorney at Law**
2  California State Bar No. 166597
   916 2nd Street, 2nd Floor
3  Sacramento, CA 95814
   Telephone:(916) 441-4717
4

5  Attorney for Margarito Cuyuch Sanchez

6

7
                            UNITED STATES DISTRICT COURT
8
                            EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,              )   CASE NO.  2:23-CR-00115 - DAD
                                          )
11                  Plaintiff,            )
                                          )
12                                        )   **STIPULATION AND ORDER TO** VACATE
   v.                                     )   JUDGMENT AND SENTENCING DATE & SET
13                                        )   THE MATTER FOR STATUS
                                          )
14 MARGARITO CUYACH SANCHEZ,              )   DATE: April 29, 2024
                                          )   Time: 9:30 am
15                  Defendant.            )   COURT: Hon. Dale A. Drozd
                                          )
16 _____        )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
18 counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney
19 for defendant, MARGARITO SANCHEZ, that the previously scheduled status date of April 29, 2024, be
20 vacated and the matter set again for status of sentencing on November 12, 2024, at 9:30 am.
21       The parties request the continuance for the purpose of conducting further investigation bearing on
22 a final sentencing recommendation.
23
         The parties also agree to suspend presentence report deadlines until a sentencing hearing is set.
24
25       //
26       //
27       //
28

| | |
|---|---|
| Dated: April 23, 2024 | Respectfully submitted, |
| | /s/ Kyle R. Knapp<br>Kyle R. Knapp<br>Attorney for Defendant Margarito Cuyach Sanchez |
| Dated: April 23, 2024 | Respectfully submitted, |
| | /s/ David Spencer<br>David Spencer<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status hearing re sentencing is continued from April 29, 2024, to November 12, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **April 24, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE