**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Margarito Cuyach Sanchez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  23-CR-00115 - DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** VACATE JUDGMENT AND SENTENCING DATE & SET THE MATTER FOR STATUS |
| v. | ) | |
| MARGARITO CUYACH SANCHEZ, | ) | DATE: November 12, 2024 |
| | ) | Time: 9:30 am |
| Defendant. | ) | COURT: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, MARGARITO SANCHEZ, that the previously scheduled status date of November 12, 2024, be vacated and the matter set again for status of sentencing on February 10, 2025, at 9:30 a.m.

The parties request the continuance for the purpose of conducting further investigation bearing on a final sentencing recommendation.

The parties also agree to suspend presentence report deadlines until a sentencing hearing is set.

//

//

//

| | | |
|---|---|---|
| Dated: October 22, 2024 | | Respectfully submitted, |
| | | /s/ Kyle R. Knapp |
| | | Kyle R. Knapp |
| | | Attorney for Defendant Margarito Cuyach Sanchez |
| Dated: October 22, 2024 | | Respectfully submitted, |
| | | /s/ David Spencer |
| | | David Spencer |
| | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the previously scheduled status date of November 12, 2024, be vacated and the matter set again for a status hearing regarding sentencing on February 10, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **October 23, 2024**

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE