**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for MARGARITO CUYUCH-SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>                        Plaintiff,      )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>MARGARITO CUYUCH-SANCHEZ, )<br>                                                    )<br>                        Defendant.  )<br>_____ ) | CASE NO.  23-CR-00115-DAD<br><br><br><br><br>**STIPULATION AND ORDER TO**<br>CALENDAR AND SET JUDGMENT AND<br>SENTENCING DATE WITH NEW DISCLOSURE<br>SCHEDULE |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, MARGARIO CUYUCH-SANCHEZ, that the previously scheduled status of sentencing date of February 10, 2025, be vacated and the matter set formally for judgment and sentencing on June 16, 2025, at 9:30am.

   This continuance is requested to allow counsel additional time to complete the probation interview and workup, provide materials to probation and to research several issues that address the guideline analysis.  I have contacted Mr. Spencer and Lynda Moore of Probation, and they have no objection to the additional time needed to finalize this case.

   In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – June 16, 2025; Reply or Statement of Non - Opposition to Motion to Correct PSR due June 9, 2025; Motion to Correct PSR due June 2, 2025; Response to Informal Objections due May 26,

2025; and Informal Objections due May 19, 2025; the draft presentence report shall be due on May 5, 2025.

Dated: February 5, 2025                                    Respectfully submitted.

     /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Margarito Cuyuch-Sanchez

Dated: February 5, 2025                                    Respectfully submitted.

     /s/ David Spencer
David Spencer
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status of sentencing hearing scheduled for February 10, 2025, is vacated and the matter is set formally for imposition of judgment and sentencing on June 16, 2025, at 9:30 a.m. The parties' proposed schedule for the disclosure of the presentence report and related filing dates is adopted.

IT IS SO ORDERED.

Dated:  **February 5, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE