1  MICHELE BECKWITH
   Acting United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                        IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:23-CR-115-DAD
12 |                          Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER
13 |               v.                    |
14 | MARGARITO CUYUCH SANCHEZ,           | DATE: June 16, 2025
                                          TIME: 9:30 a.m.
15 |                          Defendant. | COURT: Hon. Dale A. Drozd

16

17

18                                **STIPULATION**

19     By this stipulation, Plaintiff, the United States of America, by and through its attorney of record,

20 Assistant U.S. Attorney David W. Spencer, and Defendant, Margarito Cuyuch Sanchez, by and through

21 his attorney of record, Kyle Knapp, hereby move to continue the judgment and sentencing hearing

22 currently scheduled for June 16, 2025, at 9:30 a.m., to August 18, 2025, at 9:30 a.m., based on the

23 following:

24     1.   By previous order, the judgment and sentencing hearing was set for June 16, 2025.

25     2.   Government counsel is no longer available on June 16, 2025. August 18, 2025, is the

26          next available date that works for all parties.

27     3.   Accordingly, the parties jointly request that the judgment and sentencing hearing be

28          continued to August 18, 2025, at 9:30 a.m.

4. The parties further request that the Court adopt the following updated PSR disclosure schedule:

    a. Draft PSR due: July 7, 2025

    b. Informal objections due: July 21, 2025

    c. Final PSR due: July 28, 2025

    d. Formal objections to the PSR due: August 4, 2025

    e. Reply or statement of non-opposition due: August 11, 2025

5. The assigned U.S. Probation Officer, Steven Davis, has no objection to this request and is available on August 18, 2025 for judgment and sentencing.

IT IS SO STIPULATED.

Dated: April 26, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: April 26, 2025

/s/ Kyle Knapp
Kyle Knapp
Counsel for Defendant
MARGARITO CUYUCH SANCHEZ

**ORDER**

The date for Judgment and Sentencing is hereby continued from June 16, 2025, to August 18, 2025, at 9:30 a.m. The Court adopts the above-requested PSR disclosure schedule.

IT IS SO ORDERED.

Dated: **April 28, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE