**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for MARGARITO CUYUCH-SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  23-CR-00115-DAD |
| Plaintiff, ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER TO** CALENDAR AND SET JUDGMENT AND SENTENCING DATE WITH NEW DISCLOSURE SCHEDULE |
| MARGARITO CUYUCH-SANCHEZ, ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, MARGARIO CUYUCH-SANCHEZ, that the previously scheduled status of sentencing date of August 18, 2025, be vacated and the matter set formally for judgment and sentencing on October 6, 2025, at 9:30 a.m.

    This continuance is requested to allow counsel additional time to complete the mitigation workup for Mr. Cuyach-Sanchez.  Investigation is on-going and an out-of-state investigative trip to is needed prior to finishing all necessary defense investigation.  I have contacted Mr. Spencer and Steven Davis of Probation, and they have no objection to the additional time needed to finalize this case.

    In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – October 6, 2025; Reply or Statement of Non - Opposition to Motion to Correct PSR due September 29, 2025; Motion to Correct PSR due September 22, 2025; Response to Informal

Objections due September 15, 2025; and Informal Objections due September 7, 2025; the draft presentence report has been filed.

Dated: July 21, 2025                                Respectfully submitted.

    /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Margarito Cuyuch-Sanchez

Dated: July 21, 2025                                Respectfully submitted.

    /s/ David Spencer
David Spencer
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the previously scheduled status of sentencing date of August 18, 2025, is vacated, the matter is set for judgment and sentencing on October 6, 2025, at 9:30 a.m., and the presentence report related dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated: **July 23, 2025**

    /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE