**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2ND Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for MARGARITO CUYUCH-SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARGARITO CUYUCH-SANCHEZ,<br><br>Defendant.<br>_____ | CASE NO.  23-CR-00115-DAD<br><br>**STIPULATION AND ORDER TO** CALENDAR AND SET JUDGMENT AND SENTENCING DATE WITH NEW DISCLOSURE SCHEDULE |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, David Spencer, Assistant United States Attorney, attorney for plaintiff; Kyle Knapp, attorney for defendant, MARGARIO CUYUCH-SANCHEZ, that the previously scheduled status of sentencing date of October 6, 2025, be vacated and the matter set formally for judgment and sentencing on December 1, 2025, at 9:30 a.m.

  This continuance is requested to allow counsel additional time to complete the mitigation workup for Mr. Cuyuch-Sanchez.  Investigation is on-going and much of the labors are out of state which has caused some delays in finalizing all necessary defense investigation.  I have contacted Mr. Spencer and Steven Davis of Probation, and they have no objection to the additional time needed to finalize this case.

  In light of the above request the following revised sentencing schedule is requested - Judgement and Sentencing – December 1, 2025; Reply or Statement of Non - Opposition to Motion to Correct PSR due November 24, 2025; Motion to Correct PSR due November 17, 2025; Response to Informal

Objections due November 10, 2025; and Informal Objections due November 3, 2025; the draft presentence report has been filed.

Dated: September 5, 2025						Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant, Margarito Cuyuch-Sanchez

Dated: September 5, 2025						Respectfully submitted.

   /s/ David Spencer
David Spencer
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Cuyuch-Sanchez is continued to December 1, 2025, at 9:30 a.m. before the undersigned and the presentence report related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:   **September 6, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE